IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BERKLEY ASSURANCE COMPANY**                                                                 **PLAINTIFF**

V.                               **CASE NO. 5:23-CV-05042**

**SPRINDALE PUBLIC SCHOOLS;**
**MARK OESTERLE;**
**JOSEPH ROLLINS; and**
**ALISSA CAWOOD**                                                                                     **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Opinion and Order filed on February 17, 2024 (Doc. 41), **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 20th day of February, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE